UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEFERINA SANTOS,

    Plaintiff,

    v.

SUNTRUST MORTGAGE, INC., et al.,

    Defendants.
_____/

No. C 11-0553 PJH

**ORDER REMANDING CASE**

    Defendant Recontrust Company, N.A. (sued as Recontrust Co.) having filed a statement indicating that the above-entitled action was improperly removed, the court hereby ORDERS that the case be REMANDED to the Superior Court of California, County of San Mateo.

    The date for the hearing on the motions to dismiss, previously set for April 6, 2011, is VACATED.

**IT IS SO ORDERED.**

Dated: March 17, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge